# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,

    Plaintiff,

  v.            Case No. CR 99-60116-1-AA

STEPHEN COLLIS MASSEY,

    Defendant.

## ORDER REVOKING SUPERVISED RELEASE

On October 6, 2000, the defendant appeared before this court, for sentencing following his plea of guilty to Felon in Possession of a Firearm and Conspiracy to Commit Computer and Mail Fraud. He was sentenced to forty-one (41) months custody followed by a three (3) year term of supervised release, upon the standard and special conditions. The term of supervised release commenced on November 1, 2002.

On June 13, 2003, the defendant appeared in court after admitting violating his conditions of release after a warrant was issued for his arrest. The court revoked his term of supervised release and committed his to the custody of the BOP for a period of three (3) months with credit for time served. The court further reimposed a term of supervised release for a period of thirty-three (33) months under the previously imposed conditions plus new special conditions.

ORDER REVOKING SUPERVISED RELEASE - PAGE 1

On July 21, 2003, a petition for warrant and order to show was submitted to the court for a new violation. The defendant appeared in court on September 10, 2003 admitting that violation. The court continued his supervised release and committed him to the BOP for a further sentence of incarceration.

On December 22, 2004, the court signed an amended petition for warrant and order to show cause for new law violations.

On October 12, 2005, the defendant appeared with counsel at a hearing to determine whether defendant's supervised release should not be revoked. The defendant admitted he had violated the conditions of supervised release by committing new law violations.

THE COURT FINDS that the defendant has violated conditions of his supervised release as set forth above, said violation constitutes a Grade A violation pursuant to Guideline § 7B1.1(a)(2). A Grade A violation coupled with the defendant's Criminal History Category of VI, produces a suggested imprisonment range of 33 to 41 months (§ 7B1.4 Revocation Table).

IT APPEARS TO THE COURT that the defendant is no longer amenable to supervision.

IT IS ORDERED AND ADJUDGED that the term of supervised release is revoked and the defendant is committed to the custody of the Bureau of Prisons for a term of twenty (20) months, consecutive to Case No. CR 04-60067-1-AA and Pima County, Arizona Case No. CR20040072. Pursuant to 18 USC § 3583(e)(3), the Court is limited to a 20 month sentence because the instant offense was a Class C felony. No reimposed term of supervised release to follow.

Dated this 12 day of October, 2005.

*Ann Aiken*
**ANN AIKEN**
**United States District Judge**

cc: Probation Office
Counsel of Record